**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001057
10-DEC-2014
08:41 AM**

NO. CAAP-14-0001057

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

HSBC BANK USA, NATIONAL ASSOCIATION,
AS TRUSTEE FOR WFHET 2006-2, Plaintiff-Appellant,
v.
CHRISTINE FEETER, HENRY P. VIGIL,
8770 KAMEHAMEHA LLC, MCK FAMILY LLC, Defendants-Appellees,
and
DOES 1 through 20, inclusive, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 12-1-0355)

ORDER APPROVING THE OCTOBER 27, 2014
STIPULATION FOR DISMISSAL OF APPEAL WITH PREJUDICE
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal with Prejudice (**Stipulation**), filed by Plaintiff-Appellant HSBC Bank USA, National Association, as Trustee for WFHET 2006-2 (**Appellant**), on October 27, 2014, and the record, and noting no opposition, it appears that (1) Appellant and Defendant-Appellee Henry P. Vigil (**Appellee Vigil**) stipulate to dismiss Appeal No. CAAP-14-0001057; (2) the attorneys for Appellant and Appellee Vigil have signed the stipulation; (3) the Stipulation provides

that "[e]ach party shall bear its own legal fees and costs"; (4) no payment is due; and (5) Hawai'i Rules of Appellate Procedure Rule 42(b) provides, "If the parties to a docketed appeal . . . sign and file a stipulation for dismissal, specifying the terms as to payment of costs, and pay whatever fees are due, the case shall be dismissed upon approval by the appellate court[.]"

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and that Appeal No. CAAP-14-0001057 is dismissed. Each party shall bear its own legal fees and costs.

DATED: Honolulu, Hawai'i, December 10, 2014.

Chief Judge

Associate Judge

Associate Judge